For the respondents Coney Island Restaurant and Continental Casualty Company: *Wilkie, Toebaas, Hart, Kraege & Jackman* of Madison.

*By the Court.*——Judgment affirmed.

*April 7, 1942.*

GROFF (VERNA), Appellant, vs. MARATHON COUNTY, Respondent.

For the appellant: *Boileau & Loeffler* of Wausau.
For the respondent: *E. E. Hohman,* district attorney.

*By the Court.*——Judgment affirmed.